MARKAR G. DADIRRIAN, Respondent, v. Z. K. THEODORIAN, Appellant.

*Order denying a motion to vacate an injunction — not interfered with upon appeal.*

The discretion exercised by the Special Term of the Supreme Court, in denying a motion made by the defendant in an action to vacate and set aside an injunction granted therein, will not ordinarily be interfered with upon appeal.

APPEAL by the defendant, Z. K. Theodorian, from an order of the Supreme Court, made at the Kings County Special Term and entered in the office of the clerk of the county of Kings on the 8th

day of June, 1894, denying the defendant's motion to vacate and set aside an injunction granted on the 12th day of April, 1894, and continuing the same.

*Clark Bell*, for the appellant.

*Betts, Hyde & Betts*, for the respondent.

PRATT, J.:

The question presented by this appeal is not free from difficulty. But there are some considerations which strongly favor the plaintiff, who seems to have expended considerable money in bringing his article into public notice.

Such discretion as the Special Term may exercise is not willingly interfered with, and the trial upon the merits, which either party can speedily bring on, will afford a more satisfactory decision than can be had upon affidavits.

The order should be affirmed, without costs.

CULLEN and DYKMAN, JJ., concurred.

Order affirmed, without costs.